EFiled: Oct 09 2024 03:30PM EDT
Filing ID 74722706
Case Number 63,2024

IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SANDRA L. BARRY, | § | |
| | § | No. 63, 2024 |
| Appellant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. S23A-06-004 |
| BRANDYWINE AT SEASIDE | § | |
| POINTE and UNEMPLOYMENT | § | |
| INSURANCE APPEAL BOARD, | § | |
| | § | |
| Appellees Below, | § | |
| Appellees. | § | |

Submitted: August 23, 2024
Decided: October 9, 2024

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## ORDER

After consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of and for the reasons assigned by the Superior Court in its February 2, 2024 order denying the appellant's motion for reargument. Even if the appellant had filed a timely motion for reargument and a timely appeal from the Superior Court's October 11, 2023 order, we would have affirmed the Superior Court's affirmance of the Unemployment Insurance Appeal Board's decision for the reasons stated in the October 11, 2023 order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is AFFIRMED.

BY THE COURT:


*/s/ Karen L. Valihura*
Justice

2